| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Grandy, Laura K. | 2. Court or Organization<br><br>Bankruptcy Court - Southern Illinois | 3. Date of Report<br><br>08/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>Melvin Price Federal Building and<br>United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Mathis Marifian & Richter LTD | $45,999.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/23/2012 - 10/26/2012 | San Diego, CA | Professional Organization Activity | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of Springfield | Note Payable (Co-signer on Debt) | K |
| 2. FCB - Swansea | Mortgage on building owned by MMRG Building LLC | K |
| 3. First Bank | Mortgage - Mc Fessel Property | K |
| 4. Bank of Springfield | Mortgage - Pineywood Property | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Varible Annuity | B | Dividend | L | T | | | | | |
| 2. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 4. Northwestern Mutual 65 Life Insurance Policy | B | Dividend | L | T | | | | | |
| 5. Raymond James Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 6. - Cash/Money Market | A | Int./Div. | K | T | | | | | See Note Part VIII |
| 7. - Apple Inc (AAPL) | | None | L | T | Buy | 06/27/12 | L | | |
| 8. | | None | K | T | Buy (add'l) | 08/27/12 | K | | |
| 9. - First Eagle Global Fund A (SGENX) | C | Dividend | M | T | Sold (part) | 01/04/12 | K | A | |
| 10. - First Eagle US Value Fund A (FEVAX) | B | Dividend | L | T | Buy | 01/04/12 | K | | |
| 11. -Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | L | T | | | | | |
| 12. -Franklin Gold and Prec Metals C (FRGOX) | | | | | Sold | 01/05/12 | K | A | |
| 13. - Freeport McMorgan Copper and Gold Class B (FCX) | | None | J | T | Buy | 06/22/12 | J | | |
| 14. - FT Capital Strength Ser 14 Cash | A | Interest | K | T | Buy | 01/05/12 | K | | |
| 15. -Hartford Global All Asset Fund C (HLACX) | | | | | Sold | 08/21/12 | L | A | |
| 16. -Ivy Asset Strategy Fund CL A (WASAX) | | | | | Sold | 01/04/12 | K | A | |
| 17. - Ivy Core Equity Fund (WCEAX) | A | Dividend | K | T | Buy | 01/04/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Lululemon Athletica Inc (LULU) | | None | | | Buy | 06/27/12 | J | | |
| 19. | | | | | Sold | 09/14/12 | J | A | |
| 20.  - Nuance Communications Inc (NUAN) | | None | J | T | Buy | 06/27/12 | J | | |
| 21.  Raymond James Morgan Keegan | | | | | | | | | See Note part VIII |
| 22.  - Apple Inc (AAPL) | B | Dividend | L | T | | | | | |
| 23.  - Federated Kaufmann Large Cap A (KLCAX) | B | Dividend | L | T | | | | | |
| 24.  - First Eagle Global Fund A (SGENX) | B | Dividend | K | T | | | | | |
| 25.  - American Funds New Perspective A (ANWPX) | B | Dividend | L | T | | | | | |
| 26.  - Ivy Global Natural Resources A (IGNAX) | | | | | Sold | 08/21/12 | K | C | |
| 27.  - Cash/Money Market | A | Interest | J | T | | | | | See note in Part VIII |
| 28.  -Transamerica Asset Allocation Moderate Growth A (IMLAX) | | | | | Sold | 08/21/12 | K | B | |
| 29.  -Ivy Asset Strategy Fund CL A (SGENX) | | | | | Sold | 08/21/12 | K | B | |
| 30.  - Riverfront Long Term Growth (RLTCX) | A | Dividend | K | T | Buy | 08/17/12 | K | | |
| 31.  - First Eagle Global Fund A (SGENX) | B | Dividend | K | T | Buy | 08/21/12 | K | | |
| 32.  - First Trust Dow Jones Internet (FDN) | | None | J | T | Buy | 08/21/12 | J | | |
| 33.  Regions FDIC (Y) | | | | | | | | | See note in Part VIII |
| 34.  - First Trust S&P REIT Index Fd (FRI) | A | Dividend | J | T | Buy | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - First Trust CNSMR Disc Alpha (FXD) | A | Dividend | J | T | Buy | 08/21/12 | J | | |
| 36. - First Trust Consumer Staples (FXG) | A | Dividend | J | T | Buy | 08/21/12 | J | | |
| 37. - First Trust Health Care Alpha (FXH) | A | Dividend | J | T | Buy | 08/21/12 | J | | |
| 38. -Dodge & Coxx Income (DODIX) | A | Dividend | J | T | Sold (part) | 10/10/12 | J | A | |
| 39. -Invesco International Growth A (AIIEX) | | | | | Sold | 10/11/12 | J | A | |
| 40. -Blackrock US Opportunities Institutional Class (BMCIX) | | | | | Sold | 10/11/12 | J | A | |
| 41. -DGHM All Cap Value Investor (DGHMX) | A | Dividend | | | Sold | 10/10/12 | J | B | |
| 42. -Federated Strategic Value IS (SVAIX) | A | Dividend | | | Sold | 10/10/12 | J | B | |
| 43. -Principal Inv Largecap Growth Instit I (PGLIX) | A | Dividend | | | Sold | 10/10/12 | J | B | |
| 44. -Thornburg International Value Fund Class 1 (TGVIX) | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 45. -FPA Cresent Fund (FPACCX) | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 46. -Hatteras Long Short Debt 1 (HFINX) | | | | | Sold | 10/10/12 | J | A | |
| 47. -Hatteras Long Short Equity 1 (HLSIX) | | | | | Sold | 10/10/12 | J | A | |
| 48. -Ivy Asset Strategy Fund CL A (WASAX) | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 49. -Mutual Hedge Frontier Legends 1 (MHFIX) | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 50. -Osterweis Strategic Income (OSTIX) | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 51. - American Funds Europacific (AEGFX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AF American Mutual F2 (AMRFX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 53. - Artisan International (ARTIX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 54. - Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 55. - Perkins Mid Cap Value A (JDPAX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 56. - JP Morgan US Large Cap Core Plus (JLPSX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 57. - MFS Research Fund Class A (MFRFX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 58. - Nuveen Winslow Large Cap Growth I (NULIX) | | None | J | T | Buy | 10/11/12 | J | | |
| 59. - Trowe Price Smallcap Value Adv (PASVX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 60. - Pimco Commodity Real Return (PCRPX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 61. - JP Morgan Core Bond Fund A (PGBOX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 62. - Pimco Total Return Fund P (PTTPX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 63. - Legg Mason Clearbridge Equity (SOPAX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 64. - Templeton Global Bond Fund (TGBAX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 65. - Wells Fargo Advantage Int. (WFVDX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 66. - AQR Diversified Arbitrage N (ADANX) | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 67. - Neugerger Berman Income Bond (NHIAX) | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 68. - Ishares GS Investop Corp Bond (LQD) | A | Dividend | J | T | Buy (add'l) | 03/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -First Trust Amex Biotech Index Fund (FBT) | | | | | Sold (part) | 03/09/12 | J | A | |
| 70. | | | | | Sold | 09/25/12 | J | A | |
| 71. -First Trust Large Cap Core Alpha Dex Fund (FEX) | A | Dividend | J | T | Sold (part) | 03/09/12 | J | A | |
| 72. -Ishares MSCI Chile Index Fund (ECH) | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 73. | | | | | Sold | 09/25/12 | J | A | |
| 74. -Ishares MSCI South Korea (EWY) | | | | | Sold (part) | 03/09/12 | J | A | |
| 75. | | | | | Sold | 09/25/12 | J | A | |
| 76. -Ishares MSCI Japan Ind Fund (EWJ) | | | | | Sold | 03/09/12 | J | A | |
| 77. -Ishares Trust S&P Fund Index (IVV) | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 78. | | | | | Sold | 09/25/12 | J | A | |
| 79. -Ishares Technology Sector IDX Trust Dow Jones US Fund (IYW) | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 80. | | | | | Sold | 12/11/12 | J | A | |
| 81. -Ishares MSCI Indus Invstbl (EIDO) | | | | | Sold | 03/09/12 | J | A | |
| 82. -Rydex S&P Pure Growth (RPG) | | | | | Sold | 03/09/12 | J | A | |
| 83. -SPDR SE TR SPDR S&P Retail ETF (XRT) | A | Dividend | J | T | Sold (part) | 03/09/12 | J | A | |
| 84. -Vanguard Emerging Markets (VWO) | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 85. | | | | | Sold | 09/25/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Midcap Growth (VOT) | A | Dividend | J | T | Sold (part) | 03/09/12 | J | A | |
| 87. -Ishares TR DJ US Real Estate Index Fund (IYR) | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 88. | | | | | Sold | 12/11/12 | J | A | |
| 89. - Ishares Morningstar Large Growth (JKE) | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 90. - Ishares TR Russell 3000 Growth (IWZ) | A | Dividend | | | Buy | 03/09/12 | J | | |
| 91. | | | | | Sold | 09/25/12 | J | A | |
| 92. - Greenhaven Continous Commodity (GCC) | A | Int./Div. | J | T | Buy | 03/09/12 | J | | |
| 93. - SPDR Barclays Cap Convt Bond (CWD) | A | Dividend | | | Buy | 03/09/12 | J | | |
| 94. | | | | | Sold | 09/25/12 | J | A | |
| 95. - Vanguard FTSE All World Exchange (VEU) | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 96. | | | J | T | Buy (add'l) | 09/25/12 | J | | |
| 97. - SPDR S&P Homebuilders (XHB) | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 98. | | | | | Sold (part) | 09/25/12 | J | A | |
| 99. - Powershares Build American Bond (BAB) | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 100. - Powershares DYN Lg Cap (PWV) | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 101. - SPDR Barclays Captl Sht Trm (SJNK) | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 102. - Vanguard European (VGK) | A | Dividend | J | T | Buy | 09/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR S&P Pharmaceuticals (XPH) | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 104. - Technology Select Sec SPDR (XLK) | | None | J | T | Buy | 12/11/12 | J | | |
| 105. Raymond James Morgan Keegan | | | | | | | | | |
| 106. - Cash/Money Market | A | Interest | J | T | | | | | |
| 107. - Blackrock Global A (MDLOX) | A | Dividend | J | T | | | | | |
| 108. - Blackrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 109. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | | | | | |
| 110. -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | | | | | |
| 111. Mike & Cheryl Faust, personal loan - note receivable | E | Distribution | | | Sold | 11/01/12 | K | | See Note in Part VIII |
| 112. _____ (2001 $110,000) | | None | M | R | | | | | See Note in Part VIII |
| 113. _____, Fairview Heights, IL (2005, $55,000) | | None | L | R | | | | | See Note in Part VIII |
| 114. _____, Belleville, Illinois (2003, $370,000) | F | Rent | N | R | | | | | |
| 115. Merrill Lynch | | | | | | | | | |
| 116. - Cash/Money Market | A | Interest | J | T | | | | | |
| 117. - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 118. -Apple Inc (AAPL) | A | Dividend | J | T | Sold (part) | 02/15/12 | J | A | |
| 119. - Altria Group Inc (MO) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Ares Capital Corp (ARCC) | C | Dividend | L | T | | | | | |
| 121.  - American Tower Reit Inc (AMT) | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 122.  -Diageo PLC SPSD ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 123.  - Atlas Pipeline Prtnrs LP (APL) | A | Int./Div. | J | T | Buy | 08/09/12 | J | | See Note in Part VIII |
| 124. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 125.  - CenturyLink Inc Shs (CTL) | A | Dividend | J | T | Buy | 08/09/12 | J | | |
| 126.  - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | Buy | 02/17/12 | J | | |
| 127.  - Consellation Brands Inc (STZ) | | None | J | T | Buy | 12/20/12 | J | | |
| 128.  - Energy Transfer Ptrns LP (ETP) | B | Dividend | K | T | | | | | |
| 129.  - Express Scripts Inc COM (ESRX) | A | Dividend | K | T | | | | | |
| 130.  -FRAC Southern Union Co | A | Distribution | | | Distributed | 01/01/12 | J | A | |
| 131.  -Franklin Temp Hard Curr (ICCHHX) | | None | | | Sold | 08/22/12 | J | A | |
| 132.  -Health Care Reit Inc Com (HCN) | A | Dividend | J | T | Sold (part) | 08/20/12 | J | B | |
| 133.  -INTL Business Machines (IBM) | A | Dividend | | | Sold (part) | 10/17/12 | J | A | |
| 134. | | | | | Sold | 10/22/12 | J | A | |
| 135.  - Kansas City Southern (KSU) | A | Dividend | | | Sold | 03/12/12 | J | C | |
| 136.  - Kinder Morgan Energy (KMP) | B | Dividend | J | T | Sold (part) | 01/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/28/12 | J | A | |
| 138. -Kraft Foods Inc VA CL A (KFT) | A | Dividend | J | T | | | | | |
| 139. -Market Vectors ETF Gold Miners ETF (GDX) | | None | | | Sold | 06/08/12 | J | C | |
| 140. -Market Vectors ETF GLD (GDX) | | None | | | Sold | 03/23/12 | K | A | |
| 141. -Minefinders CP LTD COM (MFN) | A | Dividend | | | Sold (part) | 01/23/12 | J | A | |
| 142. | | | | | Sold | 01/24/12 | J | A | |
| 143. -Oracle Corp (ORCCL) | A | Dividend | | | Sold | 03/12/12 | J | A | |
| 144. -Rackspace Hosting Inc (RAX) | A | Dividend | | | Sold (part) | 02/15/12 | J | A | |
| 145. | | | | | Sold (part) | 10/25/12 | J | A | |
| 146. | | | | | Sold | 11/08/12 | J | A | |
| 147. -TCW Emerging (TGEIX) | B | Dividend | K | T | | | | | |
| 148. -Windstream Corp (WIN) | A | Dividend | | | Sold (part) | 08/09/12 | J | A | |
| 149. | | | | | Sold (part) | 08/20/12 | J | A | |
| 150. | | | | | Sold | 08/22/12 | J | A | |
| 151. - Mondelez International Inc (MDLZ) | A | Dividend | J | T | Buy | 07/17/12 | J | | |
| 152. - Orexigen Therap Inc ((OREX) | | None | J | T | Buy | 03/12/12 | J | | |
| 153. | | | | | Buy (add'l) | 07/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 155. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 156. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 157. - Sirius XM Radio Inc (SIRI) | | None | J | T | Buy | 10/03/12 | J | | |
| 158. - Ventas Inc (VTR) | | None | J | T | Buy | 12/12/12 | J | | |
| 159. - Walmart Stores Inc (WMT) | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 160. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 161. - Federated Prudent Bear (PBRIX) | | None | J | T | Buy | 08/22/12 | J | | |
| 162. - Putnam Diversified (PDVYX) | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 163. - Wisdomtree Emerging Mrkt (DEM) | A | Dividend | J | T | Buy | 09/14/12 | J | | |
| 164. - Dole Food Company Inc (DOLE) | | None | | | Buy | 09/13/12 | J | | |
| 165. | | | | | Sold | 12/26/12 | J | A | |
| 166. - Freeprt Mcmran Cpr & Gld (FCX) | A | Dividend | | | Buy | 09/14/12 | J | | |
| 167. | | | | | Sold | 12/06/12 | J | A | |
| 168. - Marathon Oil Corp (MRO) | A | Dividend | | | Buy | 02/21/12 | J | | |
| 169. | | | | | Buy (add'l) | 02/24/12 | J | | |
| 170. | | | | | Sold | 06/04/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Oakmark Intl Fund (OAKIX) | | None | | | Buy | 01/23/12 | J | | |
| 172. | | | | | Sold | 05/14/12 | J | A | |
| 173. - Vivus Inc Del (VVUS) | | None | | | Buy | 04/30/12 | J | | |
| 174. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 175. | | | | | Sold | 11/07/12 | J | A | |
| 176. -Yum Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 177. -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | | | | | See Note in Part VIII |
| 178. -Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | See Note in Part VIII |
| 179. Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 180. - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 181. - ING Groep N.V. PFD (IGK) | C | Int./Div. | K | T | | | | | |
| 182. - Bank of America NA Market CD (MAT) | B | Interest | M | T | | | | | |
| 183. - Columbia Tax Exempt Class A (COLTX) | A | Interest | | | Sold | 10/23/12 | J | A | |
| 184. - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 185. -DWS Strategic High Yield (SHYTX) | C | Dividend | | | Sold (part) | 08/22/12 | M | A | |
| 186. | | | | | Sold | 09/04/12 | J | A | |
| 187. - Altra Group Inc (MO) | A | Dividend | J | T | Buy | 08/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/04/12 | J | A | |
| 189. - Apple Inc (AAPL) | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 190. | | | | | Sold (part) | 10/19/12 | J | A | |
| 191. - AT & T Inc (T) | A | Dividend | | | Buy | 08/24/12 | J | | |
| 192. | | | | | Sold | 12/11/12 | J | A | |
| 193. - Chevron Corp (CVX) | A | Dividend | | | Buy | 08/24/12 | J | | |
| 194. | | | | | Sold | 12/11/12 | J | A | |
| 195. - First TR S & P REIT Index (FRI) | A | Dividend | J | T | Buy | 12/11/12 | J | | |
| 196. - Google Inc CL A (GOOG) | | None | | | Buy | 08/24/12 | K | | |
| 197. | | | | | Sold | 10/23/12 | K | A | |
| 198. - Home Depot Inc (HD) | A | Dividend | J | T | Buy | 09/04/12 | J | | |
| 199. | | | | | Sold (part) | 10/19/12 | J | A | |
| 200. | | | | | Sold (part) | 12/11/12 | J | A | |
| 201. - IVY Municipal High Income (WYMHX) | A | Dividend | K | T | Buy | 10/19/12 | K | | |
| 202. - Microsoft Corp (MSFT) | | None | | | Buy | 08/24/12 | J | | |
| 203. | | | | | Sold | 09/04/12 | J | A | |
| 204. - Pepsico Inc (PEP) | A | Dividend | J | T | Buy | 08/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 206. | | | | | Sold (part) | 10/19/12 | J | A | |
| 207.  - Regions Finl Corp (RF) | | None | J | T | Buy | 10/19/12 | J | | |
| 208. | | | J | T | Buy | 12/11/12 | J | | |
| 209.  - Salesforce Com Inc (CRM) | | None | J | T | Buy | 08/24/12 | J | | |
| 210. | | | | | Sold (part) | 10/19/12 | J | A | |
| 211. | | | | | Sold (part) | 12/11/12 | J | A | |
| 212.  - Southern Company (SO) | A | Dividend | | | Buy | 08/24/12 | J | | |
| 213. | | | | | Sold (part) | 09/04/12 | J | A | |
| 214. | | | | | Sold (part) | 10/19/12 | J | A | |
| 215. | | | | | Sold | 12/11/12 | J | A | |
| 216.  - Walmart Stores Inc (WMT) | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 217. | | | J | T | Buy (add'l) | 09/04/12 | J | | |
| 218. | | | | | Sold (part) | 10/19/12 | J | A | |
| 219.  - Alliancebernstein High (ABTYX) | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 220. | | | | | Sold (part) | 09/04/12 | J | A | |
| 221. | | | | | Sold (part) | 10/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/11/12 | J | A | |
| 223.  - Goldman Sachs High Yield (GHYIX) | A | Dividend | | | Buy | 08/24/12 | J | | |
| 224. | | | | | Sold (part) | 09/04/12 | J | A | |
| 225. | | | | | Sold (part) | 10/19/12 | J | A | |
| 226. | | | | | Sold | 12/11/12 | J | A | |
| 227.  - Invesco Van Kampen High (ACTDX) | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 228. | | | | | Sold (part) | 09/04/12 | J | A | |
| 229. | | | | | Sold (part) | 10/19/12 | J | A | |
| 230.  - Oppenheimer Amt Free (OMFYX) | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 231. | | | | | Sold (part) | 09/04/12 | J | A | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VII:

Line 6/27  - Previously listed as Regions which was simply a clearing account with Merrill Lynch prior to change to Raymond James Morgan Keegan.  Raymond James Morgan Keegan has  their own clearing     account when stocks are sold.

Line 21 - Account name changed from Merrill Lynch  to Raymond James Morgan Keegan (Trustee to Trustee transfer)

Line 33 - Previously listed as Regions. However this was simply a clearing account with Merrill Lynch prior to change to Raymond James Morgan Keegan. Raymond James Keegan has thier own clearing account
        when stocks are sold. This item is now reflected on line 6 and 27 of current report.

Line 110 - Personal Note was paid off during current reporting period

Line 111 -                                                            .  No income received.

Line 112 -                    Real Property which is currently vacant.  No income received.

Line 122/176/177 - Publicly Traded Partnership that generates interest and dividends

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Laura K. Grandy

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544